**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-4195**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM G. BROWN,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Charles H. Haden II, Chief District Judge.  (CR-99-183)

───────────

Submitted:  January 31, 2001          Decided:  March 2, 2001

───────────

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mary Lou Newberger, Acting Federal Public Defender, Edward H. Weis, First Assistant Federal Public Defender, Charleston, West Virginia, for Appellant.  Rebecca A. Betts, United States Attorney, John L. File, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William G. Brown plea guilty to possession of a prohibited object (marijuana) in prison. 18 U.S.C. § 1791(a)(2). Brown was sentenced to eight months imprisonment and three years of supervised release, and fined $2500. On appeal, Brown alleges that the district court's fine was erroneous. We have reviewed the record and the parties' legal arguments and do not find that the district court committed plain error. Fed. R. Crim. P. 52(b); United States v. Olano, 507 U.S. 725, 732 (1993). The fine imposed was within the proper Guideline range, U.S. Sentencing Guidelines Manual § 5E1.2(c)(3) (1998), and was within Brown's ability to pay. Accordingly, we affirm.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED